IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                              CASE NO. 1:06-mj-00022-AK

LATROY BAYON MYHAND,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 13, Order of Detention Pending Trial. On September 7, 2006, the Magistrate Judge entered an order detaining Latroy Myhand as a material witness pending the trial of Charles Wright, which occurred on September 26, 2006. Mr. Myhand appeared and testified at the trial of Charles Wright. Therefore, the continued detention of Mr. Myhand as a material witness is no longer required or necessary to prevent a failure of justice. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The United States Marshal is hereby directed to release Latroy Myhand from custody unless subject to any other warrants or holds.

**DONE AND ORDERED** this _28th_ day of September, 2006

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge